IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SOUTH SASKATCHEWAN COMMUNITY FOUNDATION INC. )<br>)<br>)<br>)<br>v. )    Civil Action No.  26-1 T<br>)<br>)<br>THE UNITED STATES )    Filed Electronically<br>) | |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff hereby informs the Court of the existence of a directly related case to the above-captioned case:

(i)  The title and docket number of the directly related case is: *The South Saskatchewan Community Foundation Inc. v. United States*, Docket No. 24-1391T (the "First Case")

(ii) The instant case and the First Case have identical parties and involved the identical tax refund issue. The only difference between the instant case and the First Case is the tax years at issue (this case involves the 2021 through 2023 tax years while the earlier filed case involves the 2019 and 2020 tax years).

(iii) Assigning the cases to the same judge can be expected to conserve judicial resources and promote the efficient administration of justice. Counsel for the Plaintiff has discussed the situation with Counsel for the Defendant and the parties initial conclusion is that the instant case could be stayed pending resolution of the First Case. In the event that there are any substantive differences that either party identifies after resolution of the First Case, these differences could be dealt with separately. In the more likely event that the resolution of the

First Case determines the outcome of the instant case, the parties can agree and inform the Court accordingly.

        Respectfully submitted

        s/ Stuart E Horwich_____
Stuart E Horwich
Horwich Law LLP
20 Old Bailey, 5th Floor
London, EC4M 7AN
United Kingdom
011 44 208 057 8013 (phone)
302 861 1411 (fax)
seh@horwichlaw.co.uk


s/ Max Reed_____
Max Reed
Polaris Tax Counsel
1788 West Broadway, Suite 900
Vancouver, British Columbia
BC V6J 1Y1
Canada
(604) 283 9301
max@polaristax.com

Dated: January 2, 2026        Counsel for Plaintiffs